UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY O'CONNOR TRUST, MICHAEL O'CONNOR, Trustee, CATHLEEN O'CONNOR, Trustee,<br><br>      Plaintiffs,<br>   vs.<br><br>LTC GLOBAL, INC., SPECIALTY PLANNERS, INC.,<br><br>      Defendants. | Case No.: 12-CV-4921 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On November 26, 2012, Defendant LTC Global, Inc. filed its Motion to Dismiss. (Dkt. No. 8.) On December 17, 2012, Plaintiffs filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. The hearing set for January 15, 2013, is **VACATED**.

**IT IS SO ORDERED.**

Date: December 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**